

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00292-CR

David **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 20-01-003847-ZCRAJA
Honorable Amado J. Abascal III, Judge Presiding

# O R D E R

The reporter's record was due on July 11, 2022. Ms. Patricia Salinas is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On July 7, 2022, Ms. Salinas filed a Notification of Late Record requesting an additional thirty days to file the reporter's record. The request is GRANTED. Ms. Salinas is ORDERED to file the reporter's record **no later than August 5, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court